■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK JEANNIS, Appellant. [706 NYS2d 892] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered May 4, 1998, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Evidence of uncharged crimes was properly admitted to complete the narrative and to explain why the defendant was targeted (*see, People v Coleman,* 205 AD2d 795, 796; *People v Campbell,* 204 AD2d 474).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not require reversal. Joy, J. P., Altman, Goldstein and H. Miller, JJ., concur.